

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00092-CV

James H. **ARMSTRONG**,
Appellant

v.

**GREATER WOODLAKE HOMEOWNERS ASSOCIATION, INC.**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-04205
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: May 15, 2024

DISMISSED FOR LACK OF JURISDICTION

The trial court signed a final appealable order on February 23, 2015. Because appellant did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due by March 25, 2015. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due by April 9, 2015. *See* TEX. R. APP. P. 26.3.

Appellant filed his notice of appeal on January 31, 2024, nearly nine years late. "[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no

longer invoke the appellate court's jurisdiction." *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). Because the notice of appeal was untimely filed, on April 1, 2024, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. *See id*. In our order, we explained that if appellant failed to adequately respond by April 11, 2024, this appeal would be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3.

Appellant has not filed a response to our order. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM